# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **AARTI PATEL,** *Plaintiff,* § § § | |
| v. § | 6:23-CV-00676-ADA-JCM |
| § § | |
| **IVAN M DROZD, K&D MASONRY, INC.,** and **UNITED STATES OF AMERICA.** *Defendant*. § § § § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffery C. Manske (ECF No. 15) regarding Plaintiff Aarti Patel's Motion for Summary Judgment (ECF No. 9) and Defendant The United States of America's Motion for Summary Judgment (ECF No. 10). The Report and Recommendation **RECOMMENDS** that both motions be **GRANTED**. This report and recommendation was filed on September 30, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 15) is **ADOPTED**. **THEREFORE, IT IS ORDERED** that ECF Nos. 9 and 10 are **GRANTED**.

In GRANTING Patel's request, it is **ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's registry a Cashier's check in the amount of $33,243.16, which represents the amount The United States is entitled to of the excess funds. **IT IS FURTHER ORDERED** that the Clerk, United States District Court, as soon as the business of allows, shall deposit these monies into the disputed ownership fund of the Court Registry Investment System (CRIS) where they shall remain until further order of the court.

**SIGNED** this 23rd day of October, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE